| From: | Justice Gina Palafox |
|-------|----------------------|
| To: | Justice Lisa Soto; Chief Justice Jeff Alley |
| Cc: | Arthur Piacenti; Stuart Alfsen; Crystal Almanza |
| Subject: | RE: Basic 08-23-00218-CV |
| Date: | Tuesday, December 17, 2024 6:43:48 PM |
| Attachments: | Dissent op gp (short) 08-23-00218-CV.docx |

Here's my dissenting opinion. Wish I had more time to develop the reasoning. But that's not the case. Let's get this one issued as soon as we can.

Thanks,
GP

**From:** Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Sent:** Monday, December 2, 2024 4:44 PM
**To:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>; Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Cc:** Arthur Piacenti <Arthur.Piacenti@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>
**Subject:** RE: Basic 08-23-00218-CV

I agree and join the revised draft. Thank you for the changes, Chief.

Speaking of the old adage re: oil and water, your intro now reminds me of Landman (set in the oil fields of West Texas). It's a fun watch. Billy Bob said he:his ex::oil:water, yet they can't stay away from each other.

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>
**Sent:** Monday, November 25, 2024 1:11 PM
**To:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Arthur Piacenti <Arthur.Piacenti@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>
**Subject:** Basic 08-23-00218-CV

Attached is a revised draft on Basic that has some additions and deletes as suggested by Justice Soto. I accepted all the additions and all but one of the deletions (that being a paragraph near the end about the well site being the only one on that section of land and that others had disposal wells in the basin). All additions are in green, and all deletions in struck through yellow (easier on the eyes than red).

I spoke with Justice Palafox who will dissent on the omission of the

negligence instruction issue.

Jeff Alley
Chief Justice Eighth Court of Appeals
jeff.alley@txcourts.gov